1  McGREGOR W. SCOTT
   United States Attorney
2  KRISTIN S. DOOR, SBN 84307
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2723

5  Attorney for Plaintiff

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,           )    2:06-CV-02783-LKK-GGH
                                        )
12         Plaintiff,                   )    APPLICATION AND ORDER
                                        )    FOR PUBLICATION
13      v.                              )
                                        )
14  APPROXIMATELY $239,833.28 IN U.S.   )
    CURRENCY SEIZED FROM BANK OF        )
15  AMERICA ACCOUNT NO. 0046 8999 2535, )
    HELD IN THE NAME OF DA BOMB         )
16  PRODUCTS, INC.,                     )
                                        )
17  APPROXIMATELY $1,636.23 IN U.S.     )
    CURRENCY SEIZED FROM WASHINGTON     )
18  MUTUAL ACCOUNT NO. 383 110 239-2,   )
    HELD IN THE NAME OF ELAINE ALRAHIB, )
19                                      )
    APPROXIMATELY $331,462.16 IN U.S.   )
20  CURRENCY SEIZED FROM WASHINGTON     )
    MUTUAL ACCOUNT NO. 0355-697509-0,   )
21  HELD IN THE NAME OF ELAINE ALRAHIB, )
                                        )
22  APPROXIMATELY $25,000.00 IN U.S.    )
    CURRENCY,                           )
23                                      )
    APPROXIMATELY $8,650.00 IN U.S.     )
24  CURRENCY,                           )
                                        )
25  APPROXIMATELY $160.00 IN U.S.       )
    CURRENCY,                           )
26                                      )
    APPROXIMATELY $5,468.00 IN U.S.     )
27  CURRENCY SEIZED FROM SAFE DEPOSIT   )

28
                              1

1  BOX #177-7,                                    )
                                                  )
2  APPROXIMATELY $47,970.00 IN U.S.               )
   CURRENCY SEIZED FROM SAFE DEPOSIT              )
3  BOX #3918,                                     )
                                                  )
4  2003 HUMMER H2, VIN:                           )
   5GRGN23U13H131954, ARIZONA LICENSE             )
5  NO. DABOMB1, REGISTERED TO DA BOMB             )
   PRODUCTS,                                      )
6                                                 )
   2005 HUMMER H2, VIN:                           )
7  5GRGN23U95H132420, ARIZONA LICENSE             )
   NO. DABOMB4, REGISTERED TO ELAINE              )
8  ALRAHIB,                                       )
                                                  )
9  2005 FORD EXPEDITION, VIN:                     )
   1FMFU17585LB07160, ARIZONA LICENSE             )
10 NO. DABOMB5, REGISTERED TO ELAINE              )
   ALRAHIB,                                       )
11                                                )
   2000 HUMMER GOLF CART,                         )
12                                                )
   2001 CLUB GOLF CART, VIN:                      )
13 MG0131044769, ARIZONA LICENSE                  )
   NO. MCTN9Y,                                    )
14                                                )
   2003 CARGO TRAILER, VIN:                       )
15 1E9BE243X6C350043, LICENSE NO.                 )
   R54007, AND                                    )
16                                                )
   MISCELLANEOUS DA BOMB BRAND                    )
17 BLUNT WRAPS,                                   )
                                                  )
18         Defendants.                            )
   _____           )
19

20     The United States of America, plaintiff herein, applies for an

21 order of publication as follows:

22     1.   Rule G(4) of the Supplemental Rules for Certain Admiralty

23 and Maritime Claims (hereafter "Supplemental Rules") provides that the

24 plaintiff shall cause public notice of the action and arrest to be

25 given in a newspaper of general circulation, designated by order of

26 the Court;

27     2.   Local Rule 83-171, Eastern District of California, provides

28                                    2

1   that the Court shall designate by order the appropriate newspaper for

2   publication;

3       3.   The defendant properties were seized in the city of El

4   Monte, in Los Angeles County, California and in the cities of Glendale

5   and Peoria, in Maricopa County, Arizona;

6       4.   Plaintiff proposes that publication be made as follows:

7            a.   Three publications;

8            b.   In the following newspapers, legal newspapers of

9   general circulation, located in the counties (Los Angeles and

10  Maricopa) in which the defendant properties were seized: Metropolitan

11  News and Arizona Business Gazette;

12           c.   The publication to include the following:

13                (1)   The Court, title and number of the action;

14                (2)   The date of the arrest/seizure;

15                (3)   The identity and/or description of the property

16  arrested/seized;

17                (4)   The name, address and telephone number of the

18  attorney for the plaintiff;

19                (5)   A statement that claims of persons entitled to

20  possession or claiming an interest pursuant to Supplemental Rule G(5)

21  must be filed with the Clerk and served on the attorney for the

22  plaintiff within 30 days after the date of publication;

23                (6)   A statement that answers to the complaint or a

24  motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.

25  R. Civ. P.") must be filed and served within 20 days after the filing

26  of the claims and, in the absence thereof, default may be entered and

27  condemnation ordered;

28                                3

1    (7)   A statement that applications for intervention
2    under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or
3    other interests shall be filed within the 30 days allowed for claims
4    for possession; and

5    (8)   The name, address, and telephone number of the
6    U.S.  Marshal  and/or  Bureau  of  Alcohol,  Tobacco,  Firearms  and
7    Explosives.

8    DATED:  12/8/06                    McGREGOR W. SCOTT
                                        United States Attorney
9

10                                      /s/ Kristin S. Door
                                        KRISTIN S. DOOR
11                                      Assistant U.S. Attorney

12

13                                **ORDER**

14       IT  IS  SO  ORDERED.   The  application  provides  that  three
15   publications will contain the notice, but only two are identified.
16   The two publications will suffice.

17
     DATE: 12/13/06              /s/ Gregory G. Hollows
18                               _____
                                 UNITED STATES MAGISTRATE JUDGE
19
     $239,833.28.ord
20

21

22

23

24

25

26

27

28                                   4