```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KRISTIN S. DOOR, SBN 84307
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, CA 95814
 4  Telephone:  (916) 554-2723

 5  Attorney for Plaintiff

 6

 7

 8                 IN THE UNITED STATES DISTRICT COURT

 9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,       )   2:06-CV-02783-LKK-GGH
                                    )
12          Plaintiff,               )   APPLICATION AND ORDER
                                    )   FOR PUBLICATION
13      v.                          )
                                    )
14  APPROXIMATELY $239,833.28 IN U.S. )
    CURRENCY SEIZED FROM BANK OF    )
15  AMERICA ACCOUNT NO. 0046 8999 2535,)
    HELD IN THE NAME OF DA BOMB     )
16  PRODUCTS, INC.,                 )
                                    )
17  APPROXIMATELY $1,636.23 IN U.S. )
    CURRENCY SEIZED FROM WASHINGTON )
18  MUTUAL ACCOUNT NO. 383 110 239-2, )
    HELD IN THE NAME OF ELAINE ALRAHIB,)
19                                  )
    APPROXIMATELY $331,462.16 IN U.S. )
20  CURRENCY SEIZED FROM WASHINGTON )
    MUTUAL ACCOUNT NO. 0355-697509-0, )
21  HELD IN THE NAME OF ELAINE ALRAHIB,)
                                    )
22  APPROXIMATELY $25,000.00 IN U.S. )
    CURRENCY,                       )
23                                  )
    APPROXIMATELY $8,650.00 IN U.S. )
24  CURRENCY,                       )
                                    )
25  APPROXIMATELY $160.00 IN U.S.   )
    CURRENCY,                       )
26                                  )
    APPROXIMATELY $5,468.00 IN U.S. )
27  CURRENCY SEIZED FROM SAFE DEPOSIT )

28
                                 1
```

```
 1  BOX #177-7,                              )
                                             )
 2  APPROXIMATELY $47,970.00 IN U.S.         )
    CURRENCY SEIZED FROM SAFE DEPOSIT        )
 3  BOX #3918,                               )
                                             )
 4  2003 HUMMER H2, VIN:                     )
    5GRGN23U13H131954, ARIZONA LICENSE       )
 5  NO. DABOMB1, REGISTERED TO DA BOMB       )
    PRODUCTS,                                )
 6                                           )
    2005 HUMMER H2, VIN:                     )
 7  5GRGN23U95H132420, ARIZONA LICENSE       )
    NO. DABOMB4, REGISTERED TO ELAINE        )
 8  ALRAHIB,                                 )
                                             )
 9  2005 FORD EXPEDITION, VIN:               )
    1FMFU17585LB07160, ARIZONA LICENSE       )
10  NO. DABOMB5, REGISTERED TO ELAINE        )
    ALRAHIB,                                 )
11                                           )
    2000 HUMMER GOLF CART,                   )
12                                           )
    2001 CLUB GOLF CART, VIN:                )
13  MG0131044769, ARIZONA LICENSE            )
    NO. MCTN9Y,                              )
14                                           )
    2003 CARGO TRAILER, VIN:                 )
15  1E9BE243X6C350043, LICENSE NO.           )
    R54007, AND                              )
16                                           )
    MISCELLANEOUS DA BOMB BRAND              )
17  BLUNT WRAPS,                             )
                                             )
18           Defendants.                     )
                                             )
19  ─────────────────────────────────────────
```

20      The United States of America, plaintiff herein, applies for an
21 order of publication as follows:
22      1.   Rule G(4) of the Supplemental Rules for Certain Admiralty
23 and Maritime Claims (hereafter "Supplemental Rules") provides that the
24 plaintiff shall cause public notice of the action and arrest to be
25 given in a newspaper of general circulation, designated by order of
26 the Court;
27      2.   Local Rule 83-171, Eastern District of California, provides

28
                                    2

1 that the Court shall designate by order the appropriate newspaper for
2 publication;

3    3.   The defendant properties were seized in the city of El
4 Monte, in Los Angeles County, California and in the cities of Glendale
5 and Peoria, in Maricopa County, Arizona;

6    4.   Plaintiff proposes that publication be made as follows:

7       a.   Three publications;

8       b.   In the following newspapers, legal newspapers of
9 general circulation, located in the counties (Los Angeles and
10 Maricopa) in which the defendant properties were seized: <u>Metropolitan
11 News</u> and <u>Arizona Business Gazette</u>;

12       c.   The publication to include the following:

13          (1)   The Court, title and number of the action;

14          (2)   The date of the arrest/seizure;

15          (3)   The identity and/or description of the property
16 arrested/seized;

17          (4)   The name, address and telephone number of the
18 attorney for the plaintiff;

19          (5)   A statement that claims of persons entitled to
20 possession or claiming an interest pursuant to Supplemental Rule G(5)
21 must be filed with the Clerk and served on the attorney for the
22 plaintiff within 30 days after the date of publication;

23          (6)   A statement that answers to the complaint or a
24 motion under Rule 12 of the Federal Rules of Civil Procedure ("Fed.
25 R. Civ. P.") must be filed and served within 20 days after the filing
26 of the claims and, in the absence thereof, default may be entered and
27 condemnation ordered;

(7) A statement that applications for intervention under Fed. R. Civ. P., Rule 24 by persons claiming maritime liens or other interests shall be filed within the 30 days allowed for claims for possession; and

(8) The name, address, and telephone number of the U.S. Marshal and/or Bureau of Alcohol, Tobacco, Firearms and Explosives.

DATED: 12/8/06                McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Kristin S. Door
                              KRISTIN S. DOOR
                              Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED. The application provides that three publications will contain the notice, but only two are identified. The two publications will suffice.

DATE: 12/13/06                /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

$239,833.28.ord

4