UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-06-2299 FCD KJM |
| v. | | **RELATED CASE ORDER** |
| REAL PROPERTY LOCATED AT 7600 NORTH 71st AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 143-25-044, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| | Defendant. / | |
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-06-2300 FCD KJM |
| v. | | |
| REAL PROPERTY LOCATED AT 7407 NORTH 82nd LANE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-171-1, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| | Defendant. / | |

///

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-06-2305 FCD KJM |
| v. | | |
| REAL PROPERTY LOCATED AT 8258 WEST NICOLET AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-27-156-4, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| | Defendant._____/ | |
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-06-2306 FCD KJM |
| v. | | |
| REAL PROPERTY LOCATED AT 8779 WEST LANE AVENUE, GLENDALE, MARICOPA COUNTY, ARIZONA, ASSESSOR'S TAX PARCEL NUMBER: 142-28-050, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | | |
| | Defendant._____/ | |
| UNITED STATES OF AMERICA | | |
| | Plaintiff, | No. CIV S-06-2777 LKK DAD |
| v. | | |
| APPROXIMATELY $28,121.22 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 03035-08079, HELD IN THE NAME OF SMART BUY INC., et al., | | |
| | Defendants._____/ | |

///

///

|   |   |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2783 LKK GGH |
| v. | |
| APPROXIMATELY $239,833.28 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO.0046 8999 2535, HELD IN THE NAME OF DA BOMB PRODUCTS, INC., et al., | |
| Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2788 LKK EFB |
| v. | |
| APPROXIMATELY $2,274.34 IN U.S. CURRENCY SEIZED FROM IRONSTONE BANK ACCOUNT NO. 9260036828, HELD IN THE NAME OF 7600 71st AVE LLC, et al., | |
| Defendants. | |
| _____/ | |
| UNITED STATES OF AMERICA | |
| Plaintiff, | No. CIV S-06-2796 DFL KJM |
| v. | |
| APPROXIMATELY $87,257.36 IN U.S. CURRENCY SEIZED FROM BANK OF AMERICA ACCOUNT NO. 0046 5585 5745, HELD IN THE NAME OF MINI TRUCK EXPRESS, et al., | |
| Defendants. | |
| _____/ | |

The court has received the Notice of Related Cases filed December 11, 2006. Examination of the above-entitled actions reveals that all actions are related within the meaning of Local Rule 83-123(a) (E.D. Cal. 1997). The actions involved are based on the same or similar claims, the same property transaction or event, similar questions of fact and the same questions of law, and would therefore entail a substantial duplication of labor if heard by

different judges.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 83-123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated, **CIV S-06-2777 LKK DAD, CIV S-06-2783 LKK GGH, CIV S-06-2788 LKK EFB and CIV S-06-2796 DFL KJM** are reassigned to Judge Frank C. Damrell, Jr. and Magistrate Judge Kimberly J. Mueller for all further proceedings, and any dates currently set in these reassigned cases <u>only</u> are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned cases shall be shown as**, CIV S-06-2777 FCD KJM, CIV S-06-2783 FCD KJM, CIV S-06-2788 FCD KJM and CIV S-06-2796 FCD KJM.**

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustment in the assignment of civil/criminal cases to compensate for this reassignment.

IT IS SO ORDERED.

DATED: December 14, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE